IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KRUEGER, | ) |
| Plaintiffs, | ) ) ) ) |
| vs. | ) Case No.: 22 CV 1016-JBM-JEH |
| PETRAK, | ) ) ) ) |
| Defendants. | ) |

# EXHIBITS REFERENCED IN DCKT. # 188 AND SUBMITTED IN SUPPORT OF DCKT. # 187

| Exhibit No. | Description |
|---|---|
| 1 | OSF Response to Plaintiffs' First Set of Requests for Production of Records to Defendant OSF |
| 2 | Deposition Transcript: Bryan Payne (OSF Corp. Rep.) |
| 3 | OSF Response to Plaintiffs' Fed. R. Civ. P. 30(b)(6) Notice |
| 4 | Four Versions of OSF's 2/23/19 Progress Note (Dr. Mackey) |
| 5 | Deposition Transcript: Robyn Goetze Bradley |
| 6 | Exemplar: OSF Audit Trail (Dates 3/27/19 – 4/1/19) |
| 7 | Sticky Notes from OSF's EPIC System |
| 8 | COURT ORDERED Internal DCFS Investigation Extension Request |
| 9 | COURT ORDERED Defendant Collins Email dated 1/9/19 |
| 10 | OSF Discharge Summary dated 2/23/19 |
| 11 | OSF After Visit Summary dated 2/23/19 |
| 12 | EMS Report dated 2/22/19 |
| 13 | OSF Leal Team Sleep Study Results |
| 14 | DCFS Contact Note dated 3/29/19 |

15                                  Declaration of Donald Hanson

1:22-cv-01016-MMM-RLH   # 191   Filed: 12/12/24   Page 2 of 2

15                                  Declaration of Donald Hanson